**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| CARLIS RODRIGUEZ-REYES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, *et al.*,<br><br>Respondents. | Case No. 2:26-cv-03759 (BRM)<br><br>**ORDER** |

**THIS MATTER** is before the Court on Petitioner Carlis Rodriguez-Reyes' ("Petitioner")

Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2241. (ECF No. 1.)

Petitioner did not pay the filing fee, and he has not submitted an application to proceed *in forma*

*pauperis*. Under the Local Rules, an application to proceed *in forma pauperis* must include an

affidavit setting forth information which establishes that the detainee is unable to pay the fees and

costs of the proceedings. L. Civ. R. 81.2(b).

Accordingly, and for good cause appearing,

**IT IS** on this 14th day of April 2026,

**ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE**

this case for Petitioner's failure to either pay the requisite filing fee of $5.00 or submit a complete

application to proceed *in forma pauperis*; and it is further

**ORDERED** that the Clerk of the Court shall send Petitioner a blank form application to

proceed *in forma pauperis* – DNJ-Pro Se-007-B-(Rev. 09/09); and it is further

**ORDERED** that if Petitioner wishes to reopen this case, he shall so notify the Court, in

writing addressed to the Clerk of the Court, Martin Luther King Building and U.S. Courthouse, 50

Walnut Street, Newark, New Jersey, 07102, within 30 days of the date of entry of this Order.

Petitioner's writing shall include a complete application to proceed *in forma pauperis* or the filing fee; and it is further

**ORDERED** that upon receipt of a writing from Petitioner stating that he wishes to reopen this case, and either a complete application to proceed *in forma pauperis* or the filing fee, the Clerk of Court will be directed to reopen this case; and it is finally

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Petitioner by regular U.S. mail.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**